# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-4207

Sania Mahmood v. Joseph Narciso, et al

3-09-cv-02656

# O R D E R

The Court has received the Brief and Supplemental Appendix from **Mayflower Transit Inc, Vantage Blue, Joseph Narciso**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Citations in table of authorities do not conform with 3rd Cir. LAR 28.3

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix filed without a motion for leave to file

**Action Required Regarding Brief/Appendix:**

In order to cure errors with respect to CONTENT, **Mayflower Transit Inc, Vantage Blue, Joseph Narciso** must file an addendum to appendix containing the parallel citations for all the NJ citations listed in the table of authorities of the brief in electronic and paper format (7 paper copies).

In order to cure errors with respect to FORM, **Mayflower Transit Inc, Vantage Blue, Joseph Narciso** must electronically file a motion for leave to file supplemental appendix with a Certificate of Service attached.

**Counsel or the party(ies) must correct the above listed deficiencies by 05/09/2013. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  5/6/2013

**MCW/cc:**     **Katherine A. North, Esq.**
              **Jeffrey A. Segal, Esq.**
              **Randolph H. Wolf, Esq.**

**For questions please contact the Clerk's Office at 267-299-4940.**